1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
2  Richard Wootton (SBN 082302)
   Max L. Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Plaintiff
6  CURTIN MARITIME CORP.

7  **BRODSKY MICKLOW BULL & WEISS LLP**
   Philip E. Weiss (SBN 152523)
8  2608 Shelter Island Drive
   San Diego, CA 92106
9  Telephone: (619) 225-8884
   Facsimile: (619) 225- 8801
10
   Attorneys for Owner
11 MILTON BLANKINSHIP

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                    SAN FRANCISCO DIVISION
15

16 | CURTIN MARITIME CORP. | ) | Case No.: CV 11-04773 EMC |
17 |                        | ) | **IN ADMIRALTY** |
   |           Plaintiff,   | ) |                  |
18 |                        | ) | **STIPULATION TO CONTINUE CASE MANAGEMENT** |
   |        v.              | ) | **CONFERENCE AND** |
19 |                        | ) | **[PROPOSED] ORDER THEREON** |
20 | BARGE ORG, Official No. 1125140, its Rigging, Tackle, Machinery, Equipment, Apparel, Appurtenances, etc., *In Rem*, BARGE BAY, Official No. 1125142, its Rigging, Tackle, Machinery, Equipment, Apparel, Appurtenances, etc., *In Rem*, and DOES 1-10. | ) | |
   |                        | ) | CASE MANAGEMENT CONF. |
23 |                        | ) | Date: January 6, 2012 |
   |                        | ) | Time: 9:00 a.m. |
24 |        Defendants.     | ) | Courtroom 5, 17th Floor |
   |                        | ) | Hon. Edward M. Chen |

26                            **STIPULATION**

27   IT IS HEREBY STIPULATED by the parties to this action by and through their

28 respective undersigned counsel that ***good cause*** exists to continue the Case Management

Conference scheduled for January 6, 2012 at 9:00 a.m. for approximately 30 days *in the interests of justice and judicial economy*, based upon the following:

(1) This is an *in rem* maritime action for breach of contract and to foreclose a maritime lien under 46 U.S.C. §§31341 - 31343.

(2) A Case Management Conference has been set for January 6, 2012 at 9:00 a.m.

(3) There is no trial date.

(4) Within 14 days the parties intend to file a stipulated motion and stipulation to transfer this case to the United States District Court for the Central District of California pursuant to 28 U.S.C. §1404. Assuming this case is transferred, the parties will jointly move the Central District court to consolidate this transferred action with a related case now pending in the Central District entitled *Curtin Maritime Corp. v. Barge HAW, et al.*, Case No. SACV11-1562 AG.

(5) Based upon the likelihood that this case will be transferred shortly, counsel for the parties submit that good cause exists in the interest of justice and judicial economy to grant the request.

Based upon the above, the parties respectfully request that the Court continue the upcoming Case Management Conference for approximately 30 days.

**SO STIPULATED.**

DATED: December 30, 2011

_____
Max L. Kelley
Attorney-in-Fact for Plaintiff
CURTIN MARITIME CORP.

DATED: December 30, 2011

_____
Philip E. Weiss
Attorney-in-Fact for the Owner
of the Defendant Barges ORG
and BAY

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CURTIN.Brittan/3025

1
## [PROPOSED] ORDER

2 **PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT** the Case

3 Management Conference is continued from January 6, 2012 to  2/10/12 at 9:00 a.m.  .

4 **IT IS SO ORDERED.**

5

6

7 Date:  1/4/12  _____
United States District Court Judge

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CURTIN.Brittan/3025

-3-   Case No. CV 11-04773 EMC
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE