1   **COX, WOOTTON, GRIFFIN,**
    **HANSEN & POULOS, LLP**
2   Richard Wootton (SBN 082302)
    Max L. Kelley (SBN 205943)
3   190 The Embarcadero
    San Francisco, CA  94105
4   Telephone No.: 415-438-4600
    Facsimile No.: 415-438-4601
5
    Attorneys for Plaintiff
6   CURTIN MARITIME CORP.

7   **BRODSKY MICKLOW BULL & WEISS LLP**
    Philip E. Weiss (SBN 152523)
8   2608 Shelter Island Drive
    San Diego, CA 92106
9   Telephone: (619) 225-8884
    Facsimile: (619) 225- 8801
10
    Attorneys for Owner
11  MILTON BLANKINSHIP

12              **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14                  **SAN FRANCISCO DIVISION**

15

16  CURTIN MARITIME CORP.            )   Case No.:  CV 11-04773 EMC
                                     )
17                                   )   **IN ADMIRALTY**
            Plaintiff,               )
18                                   )   **STIPULATION TO CONTINUE**
        v.                           )   **CASE MANAGEMENT**
19                                   )   **CONFERENCE AND**
                                     )   **[PROPOSED] ORDER THEREON**
20  BARGE ORG, Official No. 1125140, its  )
    Rigging, Tackle, Machinery, Equipment,  )
21  Apparel, Appurtenances, etc., *In Rem*, BARGE  )
    BAY, Official No. 1125142, its Rigging,  )
22  Tackle, Machinery, Equipment, Apparel,  )
    Appurtenances, etc., *In Rem*, and DOES 1-10.  )   CASE MANAGEMENT CONF.
23                                   )   Date:   January 6, 2012
                                     )   Time:  9:00 a.m.
24          Defendants.              )   Courtroom 5, 17th Floor
    _____  )   Hon. Edward M. Chen
25
26                          **STIPULATION**

27      IT IS HEREBY STIPULATED by the parties to this action by and through their

28  respective undersigned counsel that ***good cause*** exists to continue the Case Management

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CURTIN.Brittan/3025

Conference scheduled for January 6, 2012 at 9:00 a.m. for approximately 30 days *in the interests of justice and judicial economy*, based upon the following:

    (1)    This is an *in rem* maritime action for breach of contract and to foreclose a maritime lien under 46 U.S.C. §§31341 - 31343.

    (2)    A Case Management Conference has been set for January 6, 2012 at 9:00 a.m.

    (3)    There is no trial date.

    (4)    Within 14 days the parties intend to file a stipulated motion and stipulation to transfer this case to the United States District Court for the Central District of California pursuant to 28 U.S.C. §1404. Assuming this case is transferred, the parties will jointly move the Central District court to consolidate this transferred action with a related case now pending in the Central District entitled *Curtin Maritime Corp. v. Barge HAW, et al.*, Case No. SACV11-1562 AG.

    (5)    Based upon the likelihood that this case will be transferred shortly, counsel for the parties submit that good cause exists in the interest of justice and judicial economy to grant the request.

Based upon the above, the parties respectfully request that the Court continue the upcoming Case Management Conference for approximately 30 days.

**SO STIPULATED.**

DATED: December 30, 2011

_____
Max L. Kelley
Attorney-in-Fact for Plaintiff
CURTIN MARITIME CORP.

DATED: December 30, 2011

_____
Philip E. Weiss
Attorney-in-Fact for the Owner
of the Defendant Barges ORG
and BAY

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CURTIN.Brittan/3025

1

**[PROPOSED] ORDER**

2

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT** the Case

3

Management Conference is continued from January 6, 2012 to ___2/10/12 at 9:00 a.m.___.

4

**IT IS SO ORDERED.**

5

6

7

Date: _____     1/4/12

8

United States District Court Judge

9

IT IS SO ORDERED
AS MODIFIED

10

11

Judge Edward M. Chen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

26

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

27

28

CURTIN.Brittan/3025

-3-
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE